UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>MARIA GUADALUPE SANCHEZ MORALES,<br><br>　　　　　Defendant(s). | CASE NO. CR25-0051-KKE<br><br>ORDER OF DISMISSAL |

The Government has notified the Court that Defendant has been removed from the United States to Mexico, and that the Government therefore seeks leave under Federal Rule of Criminal Procedure 48(a) to dismiss the pending charges in the above-entitled cause against the above-captioned Defendant, without prejudice. Dkt. No. 25.

The Court GRANTS the Government's request for leave and ORDERS that all pending counts in the above-captioned case against the above-captioned Defendant are dismissed, without prejudice.

Dated this 5th day of May, 2025.

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1